IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUDY A. BEARDEN-BAUTISTA,
ADC #750631                                                                                    PETITIONER

v.                                            5:08CV00073 JMM/HDY

LARRY NORRIS                                                                                 RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this   2   day of   May  , 2008.

_____
United States District Judge